BLANCHE NEWTON (Formerly Known as BLANCHE HELIER), Plaintiff, v. JEANNE MARION DOANE, as Agent of the Supreme Court of the State of New York for the Execution of a Trust, Defendant.— Judgment unanimously directed for plaintiff, without costs, upon submission of controversy, upon the authority of *Corbett* v. *Bank of New York & Trust Co.* (229 App. Div. 570). Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. S. W. STRAUS & CO., INCORPORATED, and Others, Defendants; LOUIS F. SCHULTZE, Receiver of S. W. STRAUS & CO., INCORPORATED, Appellant; CARL J. GEBAUHR and Certain Other Bondholders, Respondents.— Order vacating order of June 22, 1933, reversed on the law and the facts, with ten dollars costs and disbursements, and motion for extension of time within which to permit the presentation of the claims of creditors and bondholders, which was the only relief sought, granted to and including twenty days from date of entry of order herein. The Special Term was without authority to vacate the order which, if not in strict compliance with the statute, should have been resettled by the justice who made it or reviewed on appeal to this court. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

IKE ROSOFF, Respondent, v. SORKIN BROS., INC., and JOHN SHIVEK and SAM STEINLEIGER, Copartners Doing Business under the Firm Name and Style of SHIVEK & STEINLEIGER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA RYAN, as Administratrix, etc., of WILLIAM RYAN, Deceased, Respondent, v. JOSEPH O'CONNOR, SR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOHN A. SCHMITT, Appellant, v. CAROLINE HARDENBERGH and THOMAS E. HARDENBERGH, JR., Respondents. JANE E. SCHMITT, Appellant, v. CAROLINE HARDENBERGH and THOMAS E. HARDENBERGH, JR., Respondents.— Judgments and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

PASQUALE SENATORE, Appellant, v. ABRAHAM STEIN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MORRIS SILVERMAN, Appellant, v. FELLER LORRAINE, INC., Respondent.— Judgment unanimously affirmed, with costs, on the ground that the plaintiff came to the building on a personal errand in no way connected with the business of the defendant and was at best a bare licensee to whom the defendant owed no duty of active care. (*Poock* v. *Strahl*, 237 App. Div. 842.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.